Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>JORDAN HOLMES,<br>    Defendant.<br>_____ | Docket 6:12-MJ-0079-MJS<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE AND;<br>ORDER THEREON<br><br>Courtroom: U.S. District Court - Yosemite<br>Honorable Michael J. Seng |

    IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant, Jordan Holmes, by and through his attorney of record, Carol Moses, that the Bench Trial in the above-captioned matter currently set for February 20, 2013, at 10:00 a.m. be vacated. The parties have reached an alternative resolution, whereby Defendant will be issued a bailable citation for Unreasonable Noise (36 C.F.R. 2.34(a)(3)).

Dated: February 19, 2013          /S/ Matthew McNease
                                                     Matthew McNease
                                                     Acting Legal Officer
                                                     Yosemite National Park

Dated: February 19, 2013          /S/ Carol Moses
                                                       Carol Moses
                                                     Attorney for Defendant
                                                     Jordan Holmes

\*\*\* ORDER \*\*\*

The Court, having reviewed the above Stipulation in *United States v. Jordan Holmes*, 6:12-mj-79-MJS, HEREBY ORDERS AS FOLLOWS:

The **bench trial** now set for February 20, 2013 at 10:00 a.m., is **vacated.**

IT IS SO ORDERED.

Dated: February 20, 2013    /s/ *Michael J. Seng*
                          UNITED STATES MAGISTRATE JUDGE